**Robert W. JOHNSON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7100.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2010.

Rebecca J. Bernhard, Oppenheimer Wolff & Donnelly LLP, Minneapolis, MN, for Claimant–Appellant.

## ON MOTION

### ORDER

Upon consideration of Robert W. Johnson's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.